# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## DIVISION IN HARTFORD

JOHN MATAVA, Et Al.

Vs.                                          CASE#

CTPPS, LLC.                              NOVEMBER 10, 2020

## COMPLAINT AND REQUEST FOR INJUNCTION

The above entitled Plaintiff, John Matava, hereby motions this Court for a Temporary Injunction, pursuant to 28 USC 1331, in which this Court has subject jurisdiction in this matter.

### BASIS FOR JURISDICTION

The Superior Court in Judicial District of Tolland, At Rockville, is hearing a case (TTD-CV20-6021192-S) involving the "CARES ACT" the authority for this Order is Section 361 Of the Public Health and Service Act (42 U.S.C. 264) and 42 CFR 70.2 and (Coronavirus Aid

Relief, and Economic Securities Act P.L. 116-136) Section 4024. The Plaintiff, John Matava, Asserts that the Superior Court does not have Jurisdiction over the above cited subject matter to make a judgement but has set a hearing date (November 20, 2020 to hear the matter) and ignoring there lack of jurisdiction over the subject matter (the "Cares Act") If this Hearing moves forward and the Superior Court makes a Judgement without Jurisdiction the Plaintiffs will be forever harmed.

**THEREFORE;**

The Plaintiff, John Matava, et al. respectfully requests this Court grant a Temporary Injunction, and any other relief this Court see fit, to the Plaintiffs so this Court can answer the the legal questions in the above stated basis for jurisdiction.

**The Defendant,** John Matava

By: *[signature]*

John Matava- Pro-Se
421 Riley Mountain Road
Coventry, Connecticut
860-209-3320           06238

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## DIVISION IN HARTFORD

JOHN MATAVA, Et Al.

Vs.                                                    CASE#

CTPPS, LLC.                                            NOVEMBER 10, 2020

## O R D E R

**THEREFORE,**
After have being duly presented/heard this Temporary Injunction is

Hereby Ordered;

**GRANTED  /  DENIED**

By:_____
Judge

3.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## DIVISION IN HARTFORD

JOHN MATAVA, Et Al.

Vs.                                                  CASE#

CTPPS, LLC.                                          NOVEMBER 10, 2020

## CERTIFICATION

Under Federal Rules Of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint and request for Temporary Injunction, is not being presented for improper purposes, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, and is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law. The factual contentions have evidentiary support after being given the opportunity to present the facts. This Complaint complies with the requirements of Rule 11. Pursuant to Federal Rules of Civil Procedure, A copy of the foregoing Complaint and Request for Injunction, has been sent to all pro-se and counsel of record, this 10th day of November, 2020.

Attorney Jason B. Burdick
107 State Street
NewLondon, Connecticut
860-443-7014          06320

By:_____
John Matava- Pro-Se
421 Riley Mountain Road
Coventry, Connecticut
860-209-3320          06238

4.